RECEIVED
IN LAKE CHARLES, LA.
DEC 10 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DONALD C. THOMAS | CIVIL ACTION NO. 13-cv-0102 |
| VS. | JUDGE MINALDI |
| J. UPTON | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 21) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering that no objections have been filed,

**IT IS ORDERED** that the defendant's Motion for Summary Judgment (Rec. Doc. 18) IS **GRANTED** and the **PETITIONER'S CLAIMS ARE DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, on this ___7___ day of ___Dec___, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE